

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-22-00721-CR

Joshua **SCHULZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court, Wilson County, Texas
Trial Court No. CC22050187
Honorable Richard L. Jackson, Judge Presiding

PER CURIAM

Sitting:    Beth Watkins, Justice
            Liza A. Rodriguez, Justice
            Lori I. Valenzuela, Justice

Delivered and Filed: January 18, 2023

DISMISSED

Appellant has filed a pro se motion to dismiss this appeal. *See* TEX. R. APP. P. 42.2(a). We

grant appellant's motion and dismiss this appeal. *See id*.

PER CURIAM

DO NOT PUBLISH